**Fill in this information to identify the case:**

Debtor 1: Roger Whitfield Carey

Debtor 2: Cherie Lea Carey
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of California

Case number: 19-00373-CL13

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known): n/a

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 4 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/15/2019

**New total payment:**
Principal, interest, and escrow, if any: $ 1,234.04

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ 1,204.87    New mortgage payment: $ 1,234.04

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 1

| Debtor 1 | Roger Whitfield Carey | Case number *(if known)* 19-00373-CL13 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Nichole L. Glowin, SBN 262932
Signature

Date 02/27/2019

Print: Nichole    Lynn    Glowin
       First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Law Offices of Wright, Finlay & Zak, LLP

Address: 4665 MacArthur Court, Suite 200
         Number    Street

Newport Beach    CA    92660
City             State  ZIP Code

Contact phone (949) 477-1400

Email nglowin@wrightlegal.net

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page **2**

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660.

On February 27, 2019, I served the foregoing documents described as ***NOTICE OF MORTGAGE PAYMENT CHANGE***, on the following individuals by depositing true copies thereof in the United States first class mail at Newport Beach, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[ ]   (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X]   (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on February 27, 2019, at Newport Beach, California.


   /s/ Susan Earnest   
SUSAN EARNEST

## SERVICE LIST
In re Roger Whitfield Carey and Cherie Lea Carey
Bankruptcy Case No.: 19-00373-CL13

**PARTIES SERVED BY ECF ELECTRONIC MAIL:**

United States Trustee: ustp.region15@usdoj.gov
Thomas H. Billingslea, Chapter 13 Trustee: Billingslea@thb.coxatwork.com
Jeffrey D. Schreiber, Counsel for Debtors: jschreiber@theschreiberlawfirm.com
Daniel K. Fujimoto, Courtesy Notice: daniel.fujimoto@wolffirm.com
Miles D. Grant, Courtesy Notice: miles@grantlawyers.com
Jennifer H. Wang, Courtesy Notice: jwang@cookseylaw.com

**PARTIES SERVED BY US MAIL:**

Roger Whitfield Carey
16934 Manresa Court
San Diego, CA 92128
DEBTOR

Cherie Lea Carey
16934 Manresa Court
San Diego, CA 92128
JOINT DEBTOR

Jeffrey D. Schreiber
The Schreiber Law Firm
4275 Executive Square, Suite 200
La Jolla, CA 92037
COUNSEL FOR DEBTORS

Thomas H. Billingslea
401 West A Street, Suite 1680
San Diego, CA 92101
CHAPTER 13 TRUSTEE



**Quicken Loans** | Home Loan Provider of **Charles Schwab Bank**

1050 Woodward Avenue | Detroit, MI 48226

## Home Equity Line of Credit Statement

1-810-45035-0000209-001-000-000-000-000
CHERIE L CAREY
ROGER W CAREY
16934 MANRESA CT
SAN DIEGO CA  92128-2314

### Loan Information
- **Loan Number:** ▓▓▓▓▓▓▓▓▓▓
- **Property Address:** 16934 Manresa Ct
  San Diego, CA 92128
- **Statement Date:** 02/19/2019
- **Amount Due:** $17,823.79
- **Due Date:** 03/15/2019

If payment is received after 11:30 p.m. ET on 03/25/2019, a $74.03 late fee will be charged.

### Important Messages
**There is a freeze on your HELOC account.** As a result, your line of credit has been suspended.
**Manage your loan the easy way.** Visit QuickenLoans.com/SchwabBank to view your account activity, make a payment or set up autopay.

### Loan Information

| | |
|---|---:|
| Billing Cycle: | 01/19/2019 – 02/18/2019 |
| Account Status: | Repayment Period |
| Current Interest Rate: | 5.250% |
| Credit Limit: | $149,173.00 |
| Available Credit: | $0.00 |
| Previous Balance: | $143,834.14 |
| Advances and Charges: | $0.00 |
| Credit/Payments Received: | $0.00 |
| Debit/Credit Adjustment: | $0.00 |
| Ending Balance:[2] | $144,446.63 |

[2]This is the outstanding interest owed plus the current principal balance (not your payoff amount). Call us to request a paydown or payoff.

### Payment Breakdown

| | |
|---|---:|
| Monthly Minimum Payment | |
| Principal: | $621.55 |
| Interest: | $612.49 |
| Monthly Minimum Payment Total: | $1,234.04 |
| Past-Due Amount: | $13,307.87 |
| Late Charge Fee: | $0.00 |
| Escrow/Corporate Advance: | $3,281.88 |
| Other Fees: | $0.00 |

**Total Amount Due:** $17,823.79
**Statement Due Date:** 03/15/2019

### Finance Charge Summary

| Days | Unpaid Principal Balance | Periodic Rate | Annual Percentage Rate | Finance Charges |
|---|---|---|---|---|
| 31 | $137,363.32 | 0.0143836 | 5.25000 | $612.49 |

### Account Activity Since Last Statement

| Date | Description | Check | Principal | Interest | Other | Unpaid Principal Balance |
|---|---|---|---|---|---|---|
| | | | | | | |

### Quick and Easy Payment Options

 Online at QuickenLoans.com/SchwabBank     By phone with 24/7 access by calling (800) 279-3005     Send check payable to Quicken Loans Inc. by mail using the coupon below

continued →

**Questions?** Contact Your Quicken Loans Team.

**Phone:** (800) 279-3005
**Email:** Support@QuickenLoans.com
**Secure Fax:** (877) 450-9840

**Hours:** Monday – Friday: 8:00 a.m. - 9:00 p.m. ET
Saturday: 8:00 a.m. - 4:00 p.m. ET

Page 1
XE999

---

**DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

CHERIE L CAREY
ROGER W CAREY
16934 MANRESA CT
SAN DIEGO CA  92128-2314

**Quicken Loans** | Home Loan Provider of **Charles Schwab Bank**

☐ Check box for address changes on reverse side.

**If paid after 03/25/2019, your total amount due will be $17,897.82.**

### Loan Information

- **Loan Number:** ▓▓▓▓▓▓▓▓▓▓
- **Due Date:** 03/15/2019
- **Amount Due:** | 1 | 7 | 8 | 2 | 3 | 7 | 9 |
- **Additional Principal:** | | | | | | | |
- **Total Amount Enclosed:** | | | | | | | |

Quicken Loans Inc.
P.O. Box 6577
Carol Stream, IL 60197-6577

XE999



**EXHIBIT 1**

**Quicken Loans** — Home Loan Provider of Charles Schwab Bank

# Home Equity Line of Credit Statement

1050 Woodward Avenue | Detroit, MI 48226

**How We Determine the Charges**

To determine your finance charge amount, multiply your unpaid principal balance by your periodic rate and the number of days in that cycle. For example:

| Balance Amount | | Periodic Rate | | Days | | Finance Charge |
|---|---|---|---|---|---|---|
| $50,000 | x | $\frac{4.24000\% \text{ APR}}{365 \text{ Days}}$ = .0116164% | x | 15 | = | $87.12 |

To get your periodic rate, divide the APR by 365. Your APR and daily periodic rate may vary. Please refer to your credit agreement for further details.

To get your unpaid principal balance, we take the principal balance of your account each day, add any new loan advances, and subtract any principal payments or credits. Please refer to your credit agreement for further details.

**Equity Line Payments**

You must pay the required minimum payment shown on the front of the statement, if any, by the payment due date. Payments received by Quicken Loans Inc. by 12:00 p.m. ET, Monday – Friday (except legal holidays), at P.O. Box 6577, Carol Stream, IL 60197-6577 will be credited the same day. Payments received at this address after 12:00 p.m. ET will be credited as of the next business day. (Saturdays, Sundays and legal holidays are not considered business days.)

**Billing Rights Summary -** *In Case of Errors or Questions About Your Line of Credit Statement*

If you think your bill is wrong or if you need more information about a transaction on your bill, write to us on a separate sheet as soon as possible and mail or fax it to:

Quicken Loans Inc.
P.O. Box 442359
Detroit, MI 48244-2359

Fax: (877) 382-3138

We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, please provide us with your name and account number, the dollar amount of the suspected error, and a brief explanation of why you believe there is an error. If you need more information, please describe the item you are unsure about.

You will not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

**Notice About Electronic Check Conversion**

When you provide Quicken Loans a check for payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment and you will not receive your check back from your financial institution.

**Additional Information**

The draw period is the time period during which you can take funds (draw) from the line of credit and the minimum required payment consists only of interest. Once you enter the repayment period, you are no longer able to draw on the account and the minimum required payment includes both principal and interest.

Quicken Loans Inc., Equal Housing Lender, is not affiliated with Charles Schwab Bank, Equal Housing Lender.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Quicken Loans Inc., P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

continued →

**Questions?** Contact Your Quicken Loans Team.

Phone: (800) 279-3005
Email: Support@QuickenLoans.com
Secure Fax: (877) 450-9840

Hours: Monday – Friday: 8:00 a.m. - 9:00 p.m. ET
Saturday: 8:00 a.m. - 4:00 p.m. ET

Page 2
XE999

---

**NEW CONTACT INFORMATION**

Name _____

Preferred Phone  Number: Cell ☐  Home ☐  Work ☐  _____

Street Address _____

City _____  State _____  ZIP _____

Email 1 _____  Email 2 _____

Signature _____
A signature is required to make address changes.